UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STACCATO CARLOS VALENTINO, BLAKELY, a/k/a Stiletto Carlucci Luciano,<br><br>    Plaintiff,<br><br>v.<br><br>ROSE ANN BISCH, Deputy Compact Administrator, Dept. of MN Corr., MICHAEL JOHNSON, Case Worker at the Faribault MN State Prison, and Chief Warden CONNIE ROERICH of the Faribault MN State Prison,<br><br>    Defendants. | Civil No. 07-4775 MJD/SRN<br><br><br><br><br>ORDER |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated November 24, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is summarily DISMISSED without prejudice pursuant to Fed. P. Civ. P. 4(m).

DATED: December 31, 2008.

s/Michael J. Davis
Chief Judge Michael J. Davis
United States District Court Judge